# FORM   A

CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER
UNDER 42 U.S.C. § 1983 or
UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS*

Rev. 10/10

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

**FILED**

JAMES J. VILT, JR. - CLERK

SEP 1 4 2022

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

_Jeffery Johnson_
(Full name of the Plaintiff(s) in this action)

v.

CIVIL ACTION NO. 3:22CV·483·RGJ
(To be supplied by the clerk)

_Captian Gonzalas_
_Mavlor Travis St Clair_
_HSA John Breaker_
_well PATH / CCS_
_UA Carmin_ ~~OODT~~ _Warden Valentine_
(Full name of the Defendant(s) in this action)
_UA Thompson & LT DANA DENNINGER_
_NURSE SHANN / John + Jane DOE RSR + Well Path Officials_

(✗) DEMAND FOR JURY TRIAL

(  ) NO JURY TRIAL DEMAND
(Check only one)

## I.   PARTIES

(A) **Plaintiff(s)**. Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status. Repeat this procedure for each additional Plaintiff named, if any.

(1) Name of Plaintiff: _Jeffery Johnson_

Place of Confinement: _KSR_

Address: _KSR 3001 W Hwy 146 Lagrange Ky 40032_

Status of Plaintiff: CONVICTED (✗)   PRETRIAL DETAINEE (  )

(2) Name of Plaintiff: _____

Place of Confinement: _____

## III. STATEMENT OF CLAIM(S) continued

In the Beginning of June 2022 I was Locked In the Mental Health Observation UNIT Dorm 7 AT KSR where I Live with In Aprox 6 years with Aprox 35 COVID-19 Positive People And I was NOT Then I Became Sick After weeks of NOT Being Seperated From there Sick Covid Positive People On 6-14-22 the Air Conditioning went out In Dorm 7 I was Locked In Dorm 7 Sick with NO Air Conditioning with Temperatures Nearing 100° Outside On 6-16-22 After 2 Days Sick In Unbearable Condition with NO Air I Had A Mental Health Crisis Caused By the Commonwealth & WellPath/CCS John Wane Doe Officals to Include HSP/John Brisler that Knew or Should Know that you can NOT Abuse + Torture Mentally Ill Disabled People In these Barbarous Conditions on 6-16-22 Captian Gonzalas was working Dorm 7 His self when My Mental Health Crisis OCCURED I was Refused Medical Treatment (Mental Health Care) By Captian Gonzalas who took My Medical Prescribed Walker/Rollator My Medical Prescribed Glasses + Medical Prescribed Hearing Aid All Medical Prescribed Disability Divices From Me And In Instead of Giving Me Mental Health Care I So Desperatly Needed Because of the CRUEL Conditions of the Commonwealth Captian Gonzalas + Others Officals At KSR Acting As Agents of the state of #1 Ky] Under the Color of Law

My Medical Prescribed Disability Devices were taken from
Me I was through In Segregation Isolating Conditions
with NO Mental Health Care without My Medical Prescribed
Disability Devices walker, Hearing Aid, + Glasses Causing
the Deprivation of Lifes Necessities Sleep, Being Able to SEE
Being Able to Hear + Understand, And Mobility For A week
with NO Shower In EXTREME Pain, Headaches, EARS Ringing
I Maid Multiple Request For ADA Cordinator Cyndi' walther
to Come And Help Me And File a Complaint Because I Couldn't
See My Glasses were taken By Captian Gonzales On 6-16-22
I was Released From Segregation & the Isolating Conditions
of the (Torture Chamber) And In Retaliation By Major Travis
St Clair who IS Defendent In 1 of the 9 other Federal
Suits Against these Unconsicnable, Torturous, Unethical
People In Federal Case 414-CRS In Stead of Being Put Back
In Dorm 7 where I Lived In The Mental Health Observation
UNIT Aprox 6 years that was NO Longer on Covid Lock Down
In C&D wings where I Lived I was Put In Dorm 1 with
Stairs To Enter the Building on A walker And Have to
Climb Stairs In EXTREME Pain To Get Into or OUT of the Building
I tryed to Explain About the Stairs to Major St Clair He Knows
For an A walker + Permently Botten Buruk Restricted I told Him
I Cant Climb The Stairs Major St Clair Said And I Quote
I Dont Fucking Care you Can Climb those Stairs or
I'll Throw you, your ASS Back In Segregation I Call The
Courts Attention to
Arnold on Behalf of H.B. Vs Lewis 803 At 245, 256
Judge Found Locking Mentally Ill People In Segregation
As A Alternative to Providing them Mental Health Care
Violates The 8th Amendment

Page 2 of 3

2

I Call the Courts Attention to B Arnold on Behalf of H B VS Lewis 803 MY 256 Judge Found Locking Mentally Ill In ISOLATING Conditions or Segregation with A well Documented History of Mental Illness, Bipolar Disorder, Schizophrenia Personality Disorder, Impulse Ridden Behavior, PTSD Brain Damage, Mental Retardation Is the Same As Putting A ASTHMATIC In A Place with LITTLE AIR TO BREATH

Captn Gonzales, Major Tvan's Lt Clark, well Path HSA John Brinker Have Violated the American with Disabilitys Act & ADA Rehibility Act Major Stephen Hill Retaleiated Against me Violating The 1st Amendment And All Defendants Have Acted with Deliberate Indifference to My serious Medical Needs & Deliberate In Difference to My Health & Safty Violating Constitutional & Statutory Procedures Against CRUEL & UNUSUAL Punishment Violating the 8th Amendment And My Liberty Intrest In Protection Wantonly Inflicting Extreme Physical Pain In Permenently Botten Bunk Restricted with Pins In My Nee & Ancle And A Rod Bottween, Degenerative Disc Disease In My Back & Neck, Arthritis In Left Hip, And Siatic Nerve Pain In Left Butt Cheek, Among other Medical ISSUES That Are well Documented And Can NOT Climb Stairs without Extreme Pain And Major St Clark And the Other Defendants Knew this That In Permenatly Botten Bunk Restricted

And Have Intentionaly Inflected The Unnessary & wanten & Intentional Inflection of Phisical Pain & Suffering & Emotional Distress upon Me with that Torterous, Unconsionable, Retalatory, Borberous, Abuse of Myself A Mentally Ill Disabled Person

SEE NELSON VS Deberry Special Needs Facility N.O. 312-CV-0798, 2012 U.S. Dist Lexis 17994 Prision & Jail Officals May Be Held Liable Under The 8th Amendment IF they Know that A Inmate Faces A Substantual Risk of serious Harm And Disregard THAT Risk by Failing to take Reasonable Measures to Abate It

All the Defendant ARE Liable & Have Inflected Intentionaly Unnessory wanten Intentional Inflection of Pain & Suffering & Emotional Distress upon Me And Knew That substantual Risk of Harm to Me From their Action And Any Resionable Prision Officeal Knows that what the Defendants Have Done & Are Doing to Me Reclessly Endangers My Life, And A serious Risk of Harm & Future Pain & Suffering

SEE Estelle VS Gamble 429 U.S 97,104 97 S Ct 285, 50 L Ed 251 (1976)

The United States Supreme Court Has Held that Deliberate Indifference to serious Medical Needs of A Prisioner Constitutes the Unnessary & wanten Inflection of Pain AS In this Case

General Motion Form
For Use By Pro Se Litigants
Rev. 4/13

All Defendents Have Substantial Knowledge of the Risk And the Risk IS Plainly Forseeable to Any Reasonable Prison Official that Harm Has & will Continue to be Inflicted upon & Endured By the Plaintiff with Serious Risk to His Future Health & That Abusing A Mentally Ill Disabled Person As The Plaintiff IS Prohibited By Constitutional & Statutory Protections

In Being Abused, Retaliated Against, & Reclessly Endangered By KSR/DOC & Well Path/CCS Officials to Include John & Jane Doe who Are Acting As Agent of the State of Ky & under the Color of Law

IT IS NOT Allowed And IS Prohibited For the Plaintiff On A walker with Mobility ISSUES to Climb up & down stud Intentionally Causing Plaintiff Pain & Suffering & IS Nothing Less then Abuse of A Mentally Ill Disabled Person By State Officals & IS CRUEL & UnConsionable & Its Barbarous & Torturous Acts And After Plaintiffs Medical Prescribed Disability Devices Have Been Taken walker, Hearing Aid, & Glasses I'VE Been told That All The ISSUES In This Complaint ARE NON-Grievable By Legal Office 1 Because they Are Related to A Disiplinary Action & 2 Because they Are Related to A Bed Assignment And Both Are NON-Grievable with IS Even More Unconsionable Due To the Graphic Abuse In this Case Plaintiff Moves the Court to Appoint Counsil In this Action Plaintiff IS Mentally Ill & Disabled And ASK For Counsil To Protect His Rights From Being Further Violated And to End The Irreparable Harm Being Inflected on A Plaintiff

General Motion Form
For Use By *Pro Se* Litigants
Rev. 4/13

Farmer VS Brennan 511 u.s 825
A 8th Amendment Claimant Need NOT SHOW that
A Prison Official Acted or Failed to ACT Before any
Harm Actually Befall An Inmate IT IS Enough
that the Official Acted or Failed to Act Dispite
His/Her Knowlage of Substantial Risk of Harm
From the Very Fact that the Risk was OBVIOUS


Johnson VS Johnson (6th Cir 2004)
Prizion Officials Knowlage of the Risk
IS So OBVIOUS that Its Deliberate
Indifference


John + John Doe KSR + DOC Facility Officials
+ wellPath/CCS Officials to Include HeadofwellPath
HSA John Brinker Knew or Should Know Taking
Me From A Single Cell In A Mental Health
Observation UNIT where Ive Been House Aprox
6 Years with My Extensive History of Mental Illnwess
Delusions, Paranoia, PTSD, Bipolar Disorder
with Manic Episodes, Schephronia, Impulsie Ridden
Behavior, Personality Disorder And Placeing Me
In A Building Forcing Me to Climb Stairs
on A walker And Causing Excessive Risk to
My Health & Suty And Future Health IS
Nothing Less than Failure to Protect +
Violates Constitutional + Statutory Protections Against
CRUEL + Unusual Punishment + Intentionaly + Unnessarily
Inflicting CRUEL Conditions of Confinment

General Motion Form
For Use By *Pro Se* Litigants
Rev. 4/13

Plaintiff IS NOW Being Force to Climb Stairs In Extreme Pain And Further Being Discriminated Against By Having the TV, Game Room On the 1st Floor Lock And Denied Access But The TV & Game Room on the Second Floor IS Open Denied Plaintiff Access And Further Violating the Americans with Disibility Act of ADA Rehibilatation Act To take Away Plaintiff Medical Prescribed Disibility Devices Prescribed Glasses Prescribed Hearing Aid & walker & Force Plaintiff To Climb Stair with The walker After Its Returned In Extreme Pain all of this IS to Treat Plaintiff Differently Since People without Glasses, Hearing Aid & walkers Do NOT Need The Medical Prescribed Disibility Aids to SEE Hear, Or Be Moble And Further Constite willfull Failure to Provide ~~Mediecal~~ Adequate Medical Care to Detainee And IS Deleberate Indifferent to Plaintiff Serious Medical Needs And Health & Safty Plaintiff IS & Has Suffered the Irreepairable Haven of Extreme Pain & Emotiona l Distress Intentionaly & Wantonly Enflected upon Him By the Defendants

On 7-26-22 AM I WAS In Fact ASSulted In the Shower of Dorm I A Wing By Inmate Chris EWING
On 8-4-22 Chris. EWING Threatened to Stab And Kill Me I Reported It to Everyone On Jpay KSR Info Line And Nothing Was Done Constitutions Failure 6 to Protect ON 8-5-22 HE THREATN TO CHONE AND RAPE ME AT 3:15 PM

General Matmt Form
For Use By Pro Se Litigants
Rev. 4/13

Dorm 9

Upon Me I Was Housed In For Aprox 6 years In Dorm 9 In A Mental Health Observation Unit So Officals Due Have Subjective Knowlege of the Risk & The Rizk Is Plainly Forseeable to Any Reasionable Prizion Official That Violance Is Likly to OCCUR Resulting In IRREParrable Harm More So Than IVE All Ready Endured In Part of An IDENTIFIABLE Group of Inmates who Are At Rizk And the Risk Is Plainly For Seeable

The Supreme Court Has Made It Clear That A Inmate Seeking A Remedy For UNSAFE Conditions DOES NOT Have to Await A Tragic Event Such AS Actual ASSULT Has OCCURED Before Obtaining Relief

Defendant Have Violated My 1st 5, 6th 8th & 14th Amendment Rights & Liberty Intrusst Reteliating Against Me Violating EXPOST Facto Clauses of 5th & 14th Amendmen Due Proces while Acting With Deleberate Indifference To My Serious Medical Needs Health Safty Depriving Me of Life, Nessessity & Intentionaly Causing The Inflection of Physical Pain & Mental Anguish & Emotional Distress

ko vs wayne County 819 F 3d 907 2016 U S App Lexts 6835 6th Cir

General Motion Form
For Use By *Pro Se* Litigants
Rev. 4/13

All INCIDENTS REPORTE on UPAV TO WARDEN AND All KSR OFFICALS AND NO ACTION WAS TAKEN TO ABATE THE SISUATION REPORTED on KSR INFO

AND LT DANA PENNINGER SINGVED HIM TO PUSH ME OVER THE EDGE MULTIPLE Times THIS IS RETALIATION LT DANA PENNINGER IS A DEFENDANT IN MULTIPLE FEDERAL LAWSUITS WITH ME AND KNOWS IVE LIVED IN DORM 7 A MENTAL HEALTH OBSERATION FOR YEARS

ALSO WA THOMBSON WHO HAS TO NO ACTION TO ABATE THE SITUATION AND IS THE WA IN CHARE OF DORM1 WHERE I'M HOUSED IS A DEFENDANT IN FEDERAL CASE 474-CRS WALSON/B THOMPSON AND SHE IS RETALIATING AGAINST ME BY LEAVING ME IN HARMS WAY THIS IS RETALIATIONS AND Dialates THE FIRST AMENDMENT AND MY Liberty IN TRIST I'm AGAIN BE HELD IN DORM1 WITH OVER 20 COVID POSITIVE PEOPLE WHEN IM NOT IVE REQUESTED TO SEE MY PSYC DOCTOR & INFORMED AIL KSR OFFICALS THAT I'm HAVING A4 MENTAL HEALTH CRISIS AND HAVE BEEN AGAIN Denied MEDICAL MENTAL HEALTH CARE

General Motion Form
For Use By Pro Se Litigants
Rev. 4/13

THE CONSTITUTION FORBIDS Prison Officals From
EXPOSING INMATES TO CRUEL CONDITIONS
MIXING MENTALLY ILL Inmates with NON MENTALLY
ILL Violates the RIGHTS of Both Groups
SEE DE MALLORY VS CULLEN 855 F.2d 442, 441-45
(7th Cir 1988)
SEE Casty VS Farrelly 957 Supp 727, 738-39
(D.V.J) 1997 Failure to House Mentally Ill
Inmates Apart From the General Prison Population
Also Violates the Constitutional Rights of Both
Groups
SEE Tillery V OWENS 719 F. Supp At 1303
Citing Increased tenttion For Psychologically
NORMAL Inmates And Danger of Retaliation Against
Mentally ILL I Have In Fact Been Assulted
In Dorm 1 AFTER Being ~~~~~~ Moved
From DORM 7 AH Mental Health Observation
UNIT Where IVE Lived For Aprox 6 YEARS
In The Beginning of July 2022 My Pain Meds
Were TAKEN After I Filed A Greivance Against
wellPATH/CCS Nurse Practioner Tinsler who IS
Falsly Represented As A Doctor by wellpath As
IS NURSE Practitioner Lyons See Attached
Commenwealth of Ky Corrections Appointment
CARD ON Back witch States NURSE
Practitioner Lyons IS A DOCTOR I was Over
Dosed on NASID At 2 times The Max Daily
Dose

General Motion Form
For Use By *Pro Se* Litigants
Rev. 4/13

**Commonwealth of Kentucky**
CORRECTIONS

1 A 101 L

FOR: Johnson, J.          DATE: 7/28

RESIDENT#: 277231

**Rx**

REPORT TO THE ~~TREATMENT ROOM~~ Clinic ON

7/29          AT     8:30am

FOR APPOINTMENT WITH DOCTOR

Lyons

NM-038

TO DAY 8-7-22 I AS AAKSR INMATE AM
Being Forced To CLIMB STAIRS ON A WALKER
IN EXTREME PAIN MY TYLANAL WAS
TAKEN FOR PAIN IM ON THEIR MOBILITY
DISABILITY ASSISTED DIVICES IN DORM I
THEIR IMPOSING AND CREATING AH UNREASONABLE
EXPOSURE TO PHYICAL INJURY AND CAUSING
EXTREME PHYICAL PAIN & EMOTIONAL DISTRESS
Intentional Inflecting The WANTON UNNESSARY
Phyical PAIN - EMOTIONAL DISTRESS
CRUEL & UNUSUAL PUNISHMENT And Denying
ME ACCESS To the Court Vigilating MY 1.5.6.8th
Amendment Right Liberty. Fair1st + EXPOSTFACTO
CLAIMS of the 5th & 14th Amendment
FORCING ME TO CLIMB STAIRS ON A walker
Violates THE ADA II 42 U.S.C. 12101 ET Sec
of THE REHIBILITATION ACT 504 29 U.S.C. 791
& 28 CFR PART 36
TO DAY 8-7-22 AS AH KSR INMATE IM
BEING DOUBLE BUNKED WITH AH COVID
PANDEMIC POSITIVE INMATE CHRIS EWING
AND SUFFERING AH MENTAL Heath CRISIS
AND subjecting Me TO DOUBLE Bunking with
The Diverse MENTAL + Phyical NATURE
OF MY Disability's + Impaired Mental ILLNESS
FORCED DOUBLE BUNKING OF THOSE WHO ARE
MEDICALY, Phyicalcicity AND Phyicaly Incapable
Including Wheel Chairs, Walkers, CAINS +
OTHER Mobility Divices IS VIOLATIVE OF

General Motion Form
For Use By *Pro Se* Litigants
Rev. 4/13

ADA III 42 U.S.C. + 12101 ET Sec of the REHIBILITATION ACT 504 29 U.S.C. +791 28 CFR PART 36, Demonstrating That IM Being Discriminated Against And Being Denied My Federally Practed ADAPTS SYSTEMMY Rights UNDER The ADA II RA And 42 U.S.C. + 2000-7 et Sec By KSR/DOC/WELLPATH/CCS OFFICIALS ACTING As Agents of the STATE of KY AND UNDER THE COLOR OF LAW

TODAY 8-8-22 IVE BEEN ON COVID PANDEMIC LOCK DOWN FOR WEEKS And Refused COVID TEST + TEMP CHECK FOR WEEKS IM Suffering EXTREME Physical PAIN HEADACHES And MENTAL HEALTH CRISIS NURSE SHAWN/WELLPATHS OFFICALS HAVE IN FACT ACTED with Delebrate Indifferance to MY SERIOUS Medical Needs, & Violated My 8th Amendment Right + Liberty Intrst while Acting As Agents of the state of KY + UNDER The Color OF LAW Im Being Dainied Medical TREATMENT And David Lifes Nessories with Violats the 5th/14th Amendment Ex POST FACTO Clauses of DUE PROCESS This IS Rebelation By WELLPATH And DOC Officals For Federal Suit 484-CHB witch Violates My 1st Amendment Rights As Well THE CONSTITION FORBids PRISTON OFFICALS From EXSPOSING InMATES to Conditions that CAUSES Serious Risk to THEIR Health or Futher Health CONSTITUTING FAILURE TO PROTECT

Page 2 of 3

A PRISIONER MUST BE PROVIDED SHELTER Witch DOES
NOT CAUSE His Desanization or threaten His Mental
And Physical Condition Im In EXTREME PAIN
And Was Forced to By A NFL Brace From Another
Inmate After Being Forced to Climb Stairs
In EXTREME PAIN with Back Problems After
Haveing MY PAIN Meds Takon Im Suffering An
Mental Health CRISIS And Have Beged All KSR/DOC
Officals For Help on He KSR Info Line
And MY Request For Help Have Been Ignored
As Well As the Sick Calls Ive Turned In
The Last Months Since Being Blaced In
Dorm /

FARMER SAID That Serious Dymage to PRISIONERS
Futurer Health IS Actionable
FARMER Specifically Said that IT IS Enough that
the Officals Acted or Failed to ACT Dispite His
Knowldge of A Substentiul RISK of Serious Harm
Officials who Have Knowldge of A Serious RISK
or AN CRUEL Condition MUST Take Resonuable
Action to Abate It And Ky KSR/DOC Officals
Have NOT

The Suprene Court Has Held that A PRISION Offical
CAn Be Found Reckless or Delyperately Indifferent
IF THE Officals Knows of And Disregiard An
EXCESSIVE Risk To Inmates Health & Safty
The Court Has Held that UNSAFE Conditions that POSE AN
UNReasonuable Risk of Serious Damage to AN Prisoners
Future Health Violates the 8th Amendment EVEN IF The
Damage Has NOT yet occured

Page 2 of 3

General Motion Form
For Use By Pro Se Litigants
Rev. 4/13

over on Back

Statutory Duties of the WARDEN

Warden Is Responsable For EVERYThing
That Happens In the Prison & Qualified
Amenity Does NOT Apply to Abuse of
Menful Ill Disabled Inmate Like My
Self

I'M BEING DENIED ACCESS TO
THE Courts, Grievance Process

COPYS

THE CONSTITUTION FORBIDS PRESION
OFFICALS FROM Dening AH INMATE
ACCESS TO THE COURT

KSR/IDOC PRESION OFFICALS REFUSE
TO SIGN FORM C APPLICATION
TO PROCEED WITH out PREPAYment of
FEES OR TO NORTERIZE
AND AISO REFUSE TO Give Me AH 6 Month
ACCOUNT STATMENT

TODAY 8-25-22 Im Being Denied ACCESS
TO THE COURT System Legal OFFICE
GRIEVANCE PROCESS, Copys And Have
Been Put on Grievance Restrictions @ THE
4th Time In Retelation By KSR/DOC
OFFICIALS

WALKER V3 M DOC
128 F APPX 441, 446-217 (6th CIR 2005
IF AN PRISONER IS ~~DORE~~ IMPREPARLY
DENIED ACCESS THE Grievance Process
THE PROCESS IS Rendered UNANTAINABLE
AND EXAUSTION IS NOT Required

KSR/DOC CPPs&IPPs ARE Facily Void
And UNCONSTUTIONAI Rendering the
Grievance PROCESS UNANTAINABLE
KSR/DOC Policy + PROceduRES HAVE
NOT BEEN APPROVED or REVEEWED
By THE KY LEGLISLATIVE LRC But
KSR/DOC HAS INFACT Publizhed
FRAUDUINT IPPs + CPPs EFFECTIVE
By Memorandum In Violation of
KRS 13A.130 SEE EXHIBIT#1
IN FACT CPPs+IPPs HAVE NOT BEEN
APPROVED OR REVEEWED BY KY
LEGLISIATURS Since 2018 SEE EXHIBIT#2

General Motion Form
For Use By *Pro Se* Litigants
Rev. 4/13

Address: _____

Status of Plaintiff: CONVICTED (__)    PRETRIAL DETAINEE (__)

(3) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (__)    PRETRIAL DETAINEE (__)

**(B) Defendant(s).** Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued. Repeat this procedure for each additional Defendant named, if any.

(1) Defendant _Captin Gonzalas_ is employed as _Captin_ at _KSR_.

The Defendant is being sued in his/her (X) individual and/or (X) official capacity.

(2) Defendant _Major Travis St Clair_ is employed as _Major_ at _KSR_.

The Defendant is being sued in his/her (X) individual and/or (X) official capacity.

(3) Defendant _HSA John Brinksa_ is employed as _Head of WellPath/CCS_ at _KSR_.

The Defendant is being sued in his/her (X) individual and/or (X) official capacity.

(4) Defendant _WellPath/CCS_ is employed as _Medical Provider_ at _KSR_.

The Defendant is being sued in his/her (X) individual and/or (X) official capacity.

5 (8) John & Jane DOE KSR & DOC & WellPath Officials Individualy & Offically

6 LT DANA PENNIGDER Individualy & Offically

7 NURSE SHAWN Individualy & Offically

*[handwritten:]* UAI Thompson Dorm 1 KSR
Sued Individually And Officaly
a Warden Anna Valentine Individualy +Officaly

18 **(g)** Defendant *[handwritten: UA Carmder Dorm 1]* is employed
as *[handwritten: UAI Dorm 1]* at *[handwritten: KSR]* .

The Defendant is being sued in his/her ((X)) individual and/or ((X)) official capacity.

## II.   PREVIOUS LAWSUITS

(A)  Have you begun other lawsuits in State or Federal court dealing with the <u>same facts</u>
involved in this action?  YES (___) NO ((X))

(B)  If your answer to "A" is YES, describe the lawsuit in the spaces below. If there is
more than one lawsuit, you must describe the additional lawsuits on another sheet of paper, using
the same outline.

Parties to the previous lawsuit:

Plaintiff(s):        _____

_____

Defendant(s):    _____

_____

Court (if federal court, name the district.  If state court, name the county):

_____

Docket number: _____

Name of judge to whom the case was assigned: _____

Type of case (for example, habeas corpus or civil rights action):_____

Disposition (for example, Was the case dismissed?  Is it still pending?  Is it on appeal?):
_____

Approximate date of filing lawsuit: _____

Approximate date of disposition: _____

3

## IV.  RELIEF

State exactly what you want the Court to do for you.  (If you seek relief which affects the fact or duration of your imprisonment (for example:  release from illegal detention, restoration of good time, expungement of records, release on parole), you must also file your claim under 28 U.S.C. §§ 2241, 2254 or 2255.)  The Plaintiff(s) want(s) the Court to:

_X_  award money damages in the amount of $ _250 Million Dollars_

_X_  grant injunctive relief by _Prohibiting DOC/KSR officers from taking Plaintiff Assignity/Orders and Housing with Stairs_

_X_  award punitive damages in the amount of $ _250 Million_

_X_  other: _Prohibited Housing Plaintiff In Dorms with Stairs And Forcing Him to Climb them_

## V.  DECLARATION UNDER PENALTY OF PERJURY
**(each Plaintiff must sign for him/herself)**

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This _25_ day of _AUG_ , 20_22_

_____
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)

_____
(Signature of additional Plaintiff)

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on _AUG 25 2022_

_____
(Signature)

6

KSR
JEFF JOHNSON 277231
3001 W HWY 146
LAGRANGE KY 40032

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL®

7021 0350 0001 6181 2010

11.33

KENTUCKY STATE REFORMATORY
LAGRANGE, KY 40032
INMATE MAIL
NOT RESPONSIBLE FOR CONTENTS

NEOPOST
08/26/2022
US POSTAGE $011.33°
ZIP 40032
041M11457337

CERTIFIED
LEGAL
MAIL
CONFIDENTIAL

US COURT CLERK
501 BROAD WAY RM 106
GENE Snyder US COURT House
LOUISVILLE KY 40202

LAW SUIT   GONZALIAS

**FILED**
JAMES J. VILT, JR. - CLERK

SEP 14 2022

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

URN THE KEYS

COLD RAIN

THIS

VOTE TRUMP 2024